JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS L. GUILIANO,<br><br>           Plaintiff,<br><br>     v.<br><br>PNC BANK NATIONAL ASSOCIATION, QUALITY LOAN SERVICE CORP., and DOES 1-50<br><br>           Defendants. | Case No.<br>EDCV 13-0244 JGB(SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 4, 2013

_____
     JESUS G. BERNAL
United States District Judge